# EXHIBIT A



**VRLC**
VICTIMS' RECOVERY
LAW CENTER

September 5, 2023

POLYMER80, INC.
*ATTENTION: LEGAL/RISK MANAGEMENT*
134 Lakes Boulevard
Dayton, NV 89403

RE:   **Hector Garcia and Roseann Morrison, Individually and as
      Co-Administrators of the Estate of Sahmya Garcia, Deceased** *v.*
      **Polymer80, Inc., Marcus Burney**
      *Philadelphia CCP Docket No. 230703100*

Dear Sir/Madam:

Please be advised that our office has been retained to represent Plaintiffs', Hector
Garcia and Roseann Morrison, Individually and as Co-Administrators of the Estate of
Sahmya Garcia, Deceased, for an incident that occurred on November 8, 2022, in
Philadelphia, Pennsylvania. On August 29, 2023, the enclosed Writ of Summons was filed
in the Philadelphia Court of Common Pleas naming Polymer80, Inc., as a Defendant.

To that end, enclosed you will find three Notices of Intent to Serve Subpoenas and
Twenty (20) Day Waiver directed to The Philadelphia Police Department, The Philadelphia
Office of the District Attorney, and Edward C. Meehan Jr. Esquire, the criminal defense
attorney for Marcus Burney. After your review, kindly advise whether or not you will agree
to waive the twenty (20) day waiting period to serve the subpoena.

*You should forward the enclosed paperwork to your lawyer at once so that we may deal
with him/her directly. If you do not have a lawyer or cannot afford one, go to the Philadelphia
Bar Association Lawyer Referral and Information Service, One Reading Center, Philadelphia, PA
19107; (215) 238-6333.*

Very Truly Yours,

/s/ David P. Thiruselvam

**DAVID P. THIRUSELVAM**

/ck
Encs.
*VIA PRIORITY MAIL –Signature Required*
9410803699300163032117

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**AUGUST 2023**

E-Filing Number: 2308060407

**02980**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| HECTOR GARCIA | POLYMER80, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1719 KOSSUTH STREET<br>CAMDEN NJ 08104 | 134 LAKES BOULEVARD<br>DAYTON NV 89403 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROSEANN MORRISON | MARCUS BURNEY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 206 W. BUCK STREET<br>PAULSBORO NJ 08066 | 7901 STATE ROAD<br>PHILADELPHIA PA 19136 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 2 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

20 - PERSONAL INJURY - OTHER

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED
PRO PROTHY**

AUG **29** 2023

**C. SMITH**

IS CASE SUBJECT TO
COORDINATION ORDER?

YES          NO

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: HECTOR GARCIA , ROSEANN MORRISON

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DAVID P. THIRUSELVAM | THE VICTIMS' RECOVERY |
| **PHONE NUMBER** (215)546-1433  **FAX NUMBER** (215)644-8754 | LAW CENTER<br>121 S BROAD ST,18TH FL<br>PHILADELPHIA PA 19107 |
| SUPREME COURT IDENTIFICATION NO.<br>61815 | E-MAIL ADDRESS<br>david@victimrecoverylaw.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>*DAVID THIRUSELVAM* | DATE SUBMITTED<br>Tuesday, August 29, 2023, 09:07 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**VICTIMS RECOVERY LAW CENTER**
BY:     David P. Thiruselvam, Esquire
        Keith Thomas West, Esquire
Identification Nos.: 61815/317426
121 South Broad Street
Eighteenth Floor
Philadelphia, PA  19107
(215) 546-1433 - Telephone
(215) 644-8754 - Facsimile
david@victimrecoverylaw.com
keith@victimrecoverylaw.com

Filed and Attested by the
Office of Judicial Records
29 AUG 2023 09:07 am
C. SMITH

Attorneys for Plaintiffs

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| 1719 Kossuth Street | : | AUGUST TERM, 2023 |
| Camden, NJ 08104 | : | NO. |
| and | : | |
| 206 W. Buck Street | : | |
| Paulsboro, NJ 08606 | : | |
| v. | : | |
| POLYMER80, INC. | : | |
| 134 Lakes Blvd. | : | |
| Dayton, NV 89403 | : | |
| and | : | |
| MARCUS BURNEY (PP No.: 816759) | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Road | : | |
| Philadelphia, PA 19136 | : | |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

**TO THE PROTHONOTARY:**

Kindly issue a Writ of Summons against the defendants in the above matter.

**VICTIMS RECOVERY LAW CENTER**

*David P. Thiruselvam*

Date: 08/29/2023

**DAVID P. THIRUSELVAM, ESQUIRE**
**Attorney for Plaintiffs**

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

HECTOR GARCIA and ROSEANN MORRISON
Individually and as Co-Administrators of the
Estate of SAHMYA GARCIA, Deceased

*Plaintiff*

:
:
:
:
:
:

Filed and Attested by the
Office of Judicial Records
29 AUG 2023 09:07 am
C. SMITH

AUGUST    Term, 20 23

vs.

POLYMER80, INC.
and
MARCUS BURNEY PP# 816759

*Defendant*

:
:
:
:
:

No._____

To[1]

POLYMER80, INC.
and
MARCUS BURNEY PP# 816759

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

HECTOR GARCIA and ROSEANN MORRISON

Individually and as Co-Administrators of the

Estate of SAHMYA GARCIA, Deceased

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*



By: _____

Date: _____

10-208 (Rev. 6/14

---

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 230802980

# Court of Common Pleas

AUGUST   Term, 20 23

No.

HECTOR GARCIA and ROSEANN MORRISON
Individually and as Co-Administrators of the
Estate of SAHMYA GARCIA, Deceased

*Plaintiff*

vs.

POLYMER80, INC.,
and MARCUS BURNEY PP# 816759

*Defendant*

# SUMMONS

**VICTIMS' RECOVERY LAW CENTER**
BY:     David P. Thiruselvam, Esquire
        Keith Thomas West, Esquire
Identification No. 61815/317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
(215) 546-1433 – Telephone
(215) 644-8754 – Facsimile
david@victimrecoverylaw.com                     *Attorneys for Plaintiffs*
keith@victimrecoverylaw.com

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
| v. | : | NO. 230802980 |
| | : | |
| POLYMER80, INC., et al. | : | |

### NOTICE OF INTENT TO SERVE A SUBPOENA TO PRODUCE DOCUMENTS AND THINGS FOR DISCOVERY PURSUANT TO RULE 4009.21

        Plaintiff's, Hector Garcia and Roseann Morrison, both Individually and as Co-Administrator's of the Estate of Sahmya Garcia, Deceased, intend to serve a subpoena for records and things directed to Edward C. Meehan Jr., Esquire, identical to the one that is attached to this notice. You have twenty (20) days from the date listed below in which to file or record and serve upon the undersigned an objection to the subpoena. If no objection is made, the subpoena may be served.

                                        **VICTIMS' RECOVERY LAW CENTER**

                                        */s/ Keith Thomas West*

Date: September 5, 2023

                                        ***KEITH THOMAS WEST***
                                        *Attorney for Plaintiff*

**VICTIMS' RECOVERY LAW CENTER**
BY:    David P. Thiruselvam, Esquire
       Keith Thomas West, Esquire
Identification No. 61815/317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
(215) 546-1433 - Telephone
(215) 644-8754 - Facsimile
david@victimrecoverylaw.com                    *Attorneys for Plaintiffs*
keith@victimrecoverylaw.com

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
| v. | : | NO.  230802980 |
| | : | |
| POLYMER80, INC., et al. | : | |

### <u>*TWENTY (20) DAY WAIVER AND REQUEST FOR RECORDS*</u>


     I, _____, Esquire, attorney for Defendant

_____ HAVE REVIEWED THE ATTACHED NOTICE OF INTENT

REGARDING THIS INSTANT MATTER.

     [MARK BLANK SPACES WITH X-MARKS AS APPROPRIATE BELOW]


     I HEREBY DO _____ DO NOT _____ WAIVE THE 20-DAY NOTICE PERIOD.

     I HEREBY DO _____ DO NOT _____ REQUIRE COPIES OF THE MATERIALS
RECEIVED.

                    _____
                    PRINTED NAME OF PARTY/PARTY'S COUNSEL IF REPRESENTED

                    _____
                    SIGNATURE OF PARTY/PARTY'S COUNSEL IF REPRESENTED

Date: _____



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Court of Common Pleas

GARCIA ETAL VS POLYMER80, INC. ETAL

_____ August_____ Term,  23

No.____ 02980 _____

## Subpoena to Produce Documents or Things
## for Discovery Pursuant to Rule 4009.22

TO:  Edward C. Meehan Jr., Esquire
*(Name of Person or Entity)*

Within twenty (20) days after the service of this subpoena, you are ordered by the Court to produce the following documents or things:

See Attached Addendum.

at: 121 S. Broad Street 18th Floor  Philadelphia PA 19107
*(Address)*

You may deliver or mail legible copies of the documents or produce things requested by this subpoena, together with the certificate of compliance, to the party making this request at the address listed above.  You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.

If you fail to produce the documents or things required by this subpoena within twenty (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

**This subpoena was issued at the request of the following person:**

Date: August 29, 2023

Name:  Thiruselvam, David P
Address:
       The Victims' Recovery
       Law Center
       121 S Broad St, 18th Fl

Telephone:  215 546-1433

Supreme Court ID#: 61815

Attorney for:  Plaintiffs

subp.#23682156-1-1

You may contact the Office of Judicial Records
to verify that this subpoena was issued by the
Philadelphia County Court of Common Pleas.
Phone:  (215) 686-6652  or Email: OJRCivil@courts.phila.gov

**BY THE COURT:**
Eric Feder
**Deputy Court Administrator**
**Director, Office of Judicial Records**



**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF PHILADELPHIA**

| | |
|---|---|
| GARCIA ETAL VS POLYMER80, INC. ETAL : | Court of Common Pleas |
| : | |
| : | _____ August ____ Term, _23_ |
| : | |
| : | No. _____ 02980 _____ |

TO: _Edward C. Meehan Jr., Esquire_____
*(Person served with subpoena)*

You are required to complete the following Certificate of Compliance with producing documents or things pursuant to the Subpoena. Send the documents or things, along with the Certificate of Compliance (with your original signature), to the person at whose request the subpoena was issued.

***Do not send the documents or things,***
***or the Certificate of Compliance,***
***to the Office of Judicial Records.***

# Certificate of Compliance with Subpoena to Produce Documents or Things Pursuant to Rule 4009.23

I, _____
*(Person served with subpoena)*

certify to the best of my knowledge, information and belief that all documents or things required to be

produced pursuant to the subpoena issued on _____ have

been produced.                                           *(Date of Subpoena)*

Date: _____          _____
                                              *(Signature of Person Served with Subpoena)*

**VICTIMS' RECOVERY LAW CENTER**
BY:    David P. Thiruselvam, Esquire
        Keith Thomas West, Esquire
Identification Nos.: 61815/ 317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
215–546–1433 – Telephone
215–644–8754 – Fax
david@victimrecoverylaw.com
keith@victimrecoverylaw.com          Attorneys for the Plaintiff

---

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co–Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
|      v. | : | NO. 230802980 |
| | : | |
| POLYMER80, INC., et al. | : | |

---

### ADDENDUM TO SUBPOENA ISSUED TO EDWARD C. MEEHAN JR., ESQUIRE

     All non–privileged materials in your possession pertaining to Commonwealth v. Marcus Burney, MC–51–CR–0019749–2022, CP–51–CR–0000811–2023, including any Brady materials or evidence produced by you to the Commonwealth.

**VICTIMS' RECOVERY LAW CENTER**
BY:    David P. Thiruselvam, Esquire
       Keith Thomas West, Esquire
Identification No. 61815/317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
(215) 546-1433 - Telephone
(215) 644-8754 - Facsimile
david@victimrecoverylaw.com
keith@victimrecoverylaw.com                    *Attorneys for Plaintiffs*

---

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
| v. | : | NO. 230802980 |
| | : | |
| POLYMER80, INC., et al. | : | |

---

### NOTICE OF INTENT TO SERVE A SUBPOENA TO PRODUCE DOCUMENTS AND THINGS FOR DISCOVERY PURSUANT TO RULE 4009.21

    Plaintiff's, Hector Garcia and Roseann Morrison, Co-Administrator's of the Estate of Sahmya Garcia, Deceased, intend to serve a subpoena for records and things directed to the Philadelphia Police Department, identical to the one that is attached to this notice. You have twenty (20) days from the date listed below in which to file or record and serve upon the undersigned an objection to the subpoena. If no objection is made, the subpoena may be served.

                              **VICTIMS' RECOVERY LAW CENTER**

                              */s/ Keith Thomas West*

Date: September 5, 2023

                              **KEITH THOMAS WEST**
                              *Attorney for Plaintiff*

**VICTIMS' RECOVERY LAW CENTER**
BY:    David P. Thiruselvam, Esquire
         Keith Thomas West, Esquire
Identification No. 61815/317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
(215) 546-1433 - Telephone
(215) 644-8754 - Facsimile
david@victimrecoverylaw.com
keith@victimrecoverylaw.com                          *Attorneys for Plaintiffs*

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
|      v. | : | NO.  230802980 |
| | : | |
| POLYMER80, INC., et al. | : | |

### <u>*TWENTY (20) DAY WAIVER AND REQUEST FOR RECORDS*</u>


I, _____, Esquire, attorney for Defendant

_____ HAVE REVIEWED THE ATTACHED NOTICE OF INTENT

REGARDING THIS INSTANT MATTER.

     [MARK BLANK SPACES WITH X-MARKS AS APPROPRIATE BELOW]


     I HEREBY DO _____ DO NOT _____ WAIVE THE 20-DAY NOTICE PERIOD.

     I HEREBY DO _____ DO NOT _____ REQUIRE COPIES OF THE MATERIALS
RECEIVED.


_____
PRINTED NAME OF PARTY/PARTY'S COUNSEL IF REPRESENTED

_____
SIGNATURE OF PARTY/PARTY'S COUNSEL IF REPRESENTED

Date: _____



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Court of Common Pleas

GARCIA ETAL VS POLYMER80, INC. ETAL

_____ August _____ Term, _23_

No. ____02980_____    _____

**Subpoena to Produce Documents or Things
for Discovery Pursuant to Rule 4009.22**

TO: _Philadelphia Police Department_____
*(Name of Person or Entity)*

Within twenty (20) days after the service of this subpoena, you are ordered by the Court to produce the following documents or things:

See Attached Addendum.

at: _121 S. Broad Street 18th Floor   Philadelphia PA 19107_____
*(Address)*

You may deliver or mail legible copies of the documents or produce things requested by this subpoena, together with the certificate of compliance, to the party making this request at the address listed above. You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.

If you fail to produce the documents or things required by this subpoena within twenty (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

**This subpoena was issued at the request of the following person:**

Date: August 29, 2023



Subp.#23682156l-2

Name:       Thiruselvam, David P
Address:
            The Victims' Recovery
            Law Center
            121 S Broad St,18th Fl

Telephone:        215 546-1433

Supreme Court ID#: 61815

Attorney for:     Plaintiffs

**BY THE COURT:**
Eric Feder
**Deputy Court Administrator
Director, Office of Judicial Records**

You may contact the Office of Judicial Records
to verify that this subpoena was issued by the
Philadelphia County Court of Common Pleas.
Phone: (215) 686-6652  or Email: OJRCivil@courts.phila.gov



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

GARCIA ETAL VS POLYMER80, INC. ETAL    :    Court of Common Pleas
:
:      _____ August____ Term, _23___
:
:      No. _____ 02980 _____

TO: _Philadelphia Police Department_____
*(Person served with subpoena)*

You are required to complete the following Certificate of Compliance with producing documents or things pursuant to the Subpoena. Send the documents or things, along with the Certificate of Compliance (with your original signature), to the person at whose request the subpoena was issued.

***Do not send the documents or things,***
***or the Certificate of Compliance,***
***to the Office of Judicial Records.***

## Certificate of Compliance with Subpoena to Produce Documents or Things Pursuant to Rule 4009.23

I, _____
*(Person served with subpoena)*

certify to the best of my knowledge, information and belief that all documents or things required to be

produced pursuant to the subpoena issued on _____ have

been produced.                                    *(Date of Subpoena)*

Date: _____               _____
                                          *(Signature of Person Served with Subpoena)*

**VICTIMS' RECOVERY LAW CENTER**
BY:    David P. Thiruselvam, Esquire
        Keith Thomas West, Esquire
Identification Nos.: 61815/ 317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
215-546-1433 – Telephone
215-644-8754 – Fax
david@victimrecoverylaw.com
keith@victimrecoverylaw.com               Attorneys for the Plaintiff

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
| v. | : | NO. 230802980 |
| | : | |
| POLYMER80, INC., et al. | : | |

## ADDENDUM TO SUBPOENA ISSUED TO CITY OF PHILADELPHIA POLICE DEPARTMENT

Entire file concerning police investigation file regarding DC# 22-03-046443 including, but not limited to, incident report(s), addendums/supplements, witness statement(s), video surveillance, correspondence, memorandums, photographs, etc. regarding an assault that occurred on November 8, 2022, wherein victim Sahmya Garcia was fatally injured by gunshots.

**VICTIMS' RECOVERY LAW CENTER**
BY:    David P. Thiruselvam, Esquire
         Keith Thomas West, Esquire
Identification No. 61815/317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
(215) 546-1433 – Telephone
(215) 644-8754 – Facsimile
david@victimrecoverylaw.com
keith@victimrecoverylaw.com                    *Attorneys for Plaintiffs*

---

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
| v. | : | NO. |
| | : | |
| POLYMER80, INC., et al. | : | |

---

**NOTICE OF INTENT TO SERVE A SUBPOENA TO PRODUCE DOCUMENTS AND THINGS FOR DISCOVERY PURSUANT TO RULE 4009.21**

Plaintiff's, Hector Garcia and Roseann Morrison, Co-Administrator's of the Estate of Sahmya Garcia, Deceased, intend to serve a subpoena for records and things directed to the Philadelphia Office of the District Attorney, identical to the one that is attached to this notice. You have twenty (20) days from the date listed below in which to file or record and serve upon the undersigned an objection to the subpoena. If no objection is made, the subpoena may be served.

**VICTIMS' RECOVERY LAW CENTER**

*/s/ Keith Thomas West*

**KEITH THOMAS WEST**
*Attorney for Plaintiff*

Date: September 5, 2023

**VICTIMS' RECOVERY LAW CENTER**
BY:    David P. Thiruselvam, Esquire
          Keith Thomas West, Esquire
Identification No. 61815/317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
(215) 546-1433 - Telephone
(215) 644-8754 - Facsimile
david@victimrecoverylaw.com
keith@victimrecoverylaw.com                    *Attorneys for Plaintiffs*

---

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
| v. | : | NO. |
| | : | |
| POLYMER80, INC., et al. | : | |

---

### *TWENTY (20) DAY WAIVER AND REQUEST FOR RECORDS*


        I, _____, Esquire, attorney for Defendant

_____ HAVE REVIEWED THE ATTACHED NOTICE OF INTENT

REGARDING THIS INSTANT MATTER.

        [MARK BLANK SPACES WITH X-MARKS AS APPROPRIATE BELOW]


        I HEREBY DO _____ DO NOT _____ WAIVE THE 20-DAY NOTICE PERIOD.

        I HEREBY DO _____ DO NOT _____ REQUIRE COPIES OF THE MATERIALS
RECEIVED.

                _____
                PRINTED NAME OF PARTY/PARTY'S COUNSEL IF REPRESENTED

                _____
                SIGNATURE OF PARTY/PARTY'S COUNSEL IF REPRESENTED

Date: _____



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

Court of Common Pleas

GARCIA ETAL VS POLYMER80, INC. ETAL

August Term, 23

No. 02980

## Subpoena to Produce Documents or Things
## for Discovery Pursuant to Rule 4009.22

TO: Philadelphia Office of the District Attorney
*(Name of Person or Entity)*

Within twenty (20) days after the service of this subpoena, you are ordered by the Court to produce the following documents or things:

See Attached Addendum.

at: 121 S. Broad Street 18th Floor  Philadelphia PA 19107
*(Address)*

You may deliver or mail legible copies of the documents or produce things requested by this subpoena, together with the certificate of compliance, to the party making this request at the address listed above. You have the right to seek in advance the reasonable cost of preparing the copies or producing the things sought.

If you fail to produce the documents or things required by this subpoena within twenty (20) days after its service, the party serving this subpoena may seek a court order compelling you to comply with it.

**This subpoena was issued at the request of the following person:**

Date: August 29, 2023

Name: Thiruselvam, David P
Address:
The Victims' Recovery
Law Center
121 S Broad St,18th Fl

Telephone: 215 546-1433

Supreme Court ID#: 61815

Attorney for: Plaintiffs

Subp.#236821561-1

You may contact the Office of Judicial Records
to verify that this subpoena was issued by the
Philadelphia County Court of Common Pleas.
Phone: (215) 686-6652  or Email: OJRCivil@courts.phila.gov

**BY THE COURT:**
Eric Feder
**Deputy Court Administrator**
**Director, Office of Judicial Records**



COMMONWEALTH OF PENNSYLVANIA
COUNTY OF PHILADELPHIA

GARCIA ETAL VS POLYMER80, INC. ETAL  :  Court of Common Pleas

                                    :

                                    :                    August   Term,  23

                                    :

                                    :   No.     02980

TO: _Philadelphia Office of the District Attorney_
                   *(Person served with subpoena)*

You are required to complete the following Certificate of Compliance with producing documents or things pursuant to the Subpoena. Send the documents or things, along with the Certificate of Compliance (with your original signature), to the person at whose request the subpoena was issued.

***Do not send the documents or things,***
***or the Certificate of Compliance,***
***to the Office of Judicial Records.***

## Certificate of Compliance with Subpoena to Produce Documents or Things Pursuant to Rule 4009.23

I, _____
                             *(Person served with subpoena)*

certify to the best of my knowledge, information and belief that all documents or things required to be

produced pursuant to the subpoena issued on _____ have

been produced.
                                          *(Date of Subpoena)*

Date: _____

                                 _____
                                  *(Signature of Person Served with Subpoena)*

**VICTIMS' RECOVERY LAW CENTER**
BY:  David P. Thiruselvam, Esquire
     Keith Thomas West, Esquire
Identification Nos.: 61815/ 317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
215-546-1433 – Telephone
215-644-8754 – Fax
david@victimrecoverylaw.com
keith@victimrecoverylaw.com                    Attorneys for the Plaintiff

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| | : | AUGUST TERM, 2023 |
| v. | : | NO. 230802980 |
| | : | |
| POLYMER80, INC., et al. | : | |

### ADDENDUM TO SUBPOENA DIRECTED TO CITY OF PHILADELPHIA OFFICE OF DISTRICT ATTORNEY

Entire file concerning the police investigation and prosecutorial proceedings regarding the Commonwealth of Pennsylvania . v. Marcus Burney, DC# 22-03-046443 including, but not limited to, incident report(s), addendums/supplements, witness statement(s), video surveillance, correspondence, memorandums, photographs, etc. regarding an assault that occurred on November 8, 2022, wherein victim Sahmya Garcia was fatally injured by gunshots.