# EXHIBIT B

**VICTIMS' RECOVERY LAW CENTER**
BY:   David P. Thiruselvam, Esquire
        Keith Thomas West, Esquire
Identification Nos.: 61815/317426
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
215-546-1433 - Telephone
215-644-8754 - Facsimile
david@victimrecoverylaw.com
keith@victimrecoverylaw.com

*Filed and Attested by the Office of Judicial Records 19 SEP 2023 03:34 pm B. MERCEDES*

Attorneys for Plaintiff

---

| | |
|---|---|
| HECTOR GARCIA and ROSEANN MORRISON Individually and as Co-Administrators of the Estate of SAHMYA GARCIA, Deceased | COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PA MAJOR JURY TRIAL DEMANDED AUGUST TERM, 2023 |
| v. | NO. 02980 |
| POLYMER80, INC., et al. | |

---

### AFFIDAVIT OF SERVICE

I, David P. Thiruselvam, Esquire, being duly sworn, depose and say that I caused a true and correct copy of Plaintiff's Writ of Summon to be served upon the out of state defendant, Polymer80, INC., 134 Lakes Boulevard, Dayton, NV 89403 via priority mail, signature required **9410 8036 9930 0163 0321 17**. Pursuant to the proof of delivery, the Writ of Summons was received by the defendant on September 11, 2023. A copy of the correspondence, Writ of Summon and proof of delivery are attached at Exhibit "A."

VICTIMS RECOVERY LAW CENTER

_____
**DAVID P. THIRUSELVAM, ESQUIRE**
*Attorney for Plaintiff*

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 19th DAY
OF September, 2023
_____
NOTARY PUBLIC

Commonwealth of Pennsylvania - Notary Seal
Veronica A. Maiorano, Notary Public
Philadelphia County
My Commission Expires June 17, 2027
Commission Number 1100518

Case ID: 230802980



September 5, 2023

POLYMER80, INC.
***ATTENTION:  LEGAL/RISK MANAGEMENT***
134 Lakes Boulevard
Dayton, NV 89403

    *RE:*    **Hector Garcia and Roseann Morrison, Individually and as Co-Administrators of the Estate of Sahmya Garcia, Deceased  *v.*  Polymer80, Inc.,  Marcus Burney**
           *Philadelphia CCP Docket No. 230703100*

Dear Sir/Madam:

    Please be advised that our office has been retained to represent Plaintiffs', Hector Garcia and Roseann Morrison, Individually and as Co-Administrators of the Estate of Sahmya Garcia, Deceased, for an incident that occurred on November 8, 2022, in Philadelphia, Pennsylvania.  On August 29, 2023, the enclosed Writ of Summons was filed in the Philadelphia Court of Common Pleas naming Polymer80, Inc., as a Defendant.

    To that end, enclosed you will find three Notices of Intent to Serve Subpoenas and Twenty (20) Day Waiver directed to The Philadelphia Police Department, The Philadelphia Office of the District Attorney, and Edward C. Meehan Jr. Esquire, the criminal defense attorney for Marcus Burney.  After your review, kindly advise whether or not you will agree to waive the twenty (20) day waiting period to serve the subpoena.

    *You should forward the enclosed paperwork to your lawyer at once so that we may deal with him/her directly.  If you do not have a lawyer or cannot afford one, go to the Philadelphia Bar Association Lawyer Referral and Information Service, One Reading Center, Philadelphia, PA 19107; (215) 238-6333.*

           Very Truly Yours,

           */s/ David P. Thiruselvam*

           **DAVID P. THIRUSELVAM**

/ck
Encs.
<u>***VIA PRIORITY MAIL -Signature Required***</u>
*9410803699300163032117*

121 South Broad Street, Eighteenth Floor, Philadelphia, PA 19107    215-546-1433    victimrecoverylaw.com    18 Campus Blvd. Suite 100, Newtown Square, PA 19073

Case ID: 230802980

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**

**AUGUST 2023**  **02980**

E-Filing Number: 2308060407

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| HECTOR GARCIA | POLYMER80, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1719 KOSSUTH STREET<br>CAMDEN NJ 08104 | 134 LAKES BOULEVARD<br>DAYTON NV 89403 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| ROSEANN MORRISON | MARCUS BURNEY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 206 W. BUCK STREET<br>PAULSBORO NJ 08066 | 7901 STATE ROAD<br>PHILADELPHIA PA 19136 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
|  |  |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
|  |  |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 2 | 2 | ☐ Complaint  ☐ Petition Action  ☐ Notice of Appeal<br>☒ Writ of Summons  ☐ Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
- ☐ $50,000.00 or less
- ☒ More than $50,000.00

**COURT PROGRAMS**
- ☐ Arbitration
- ☒ Jury
- ☐ Non-Jury
- ☐ Other:
- ☐ Mass Tort
- ☐ Savings Action
- ☐ Petition
- ☐ Commerce
- ☐ Minor Court Appeal
- ☐ Statutory Appeals
- ☐ Settlement
- ☐ Minors
- ☐ W/D/Survival

**CASE TYPE AND CODE**
2O - PERSONAL INJURY - OTHER

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED PRO PROTHY
AUG 29 2023
C. SMITH

**IS CASE SUBJECT TO COORDINATION ORDER?**   YES   NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: HECTOR GARCIA , ROSEANN MORRISON

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| DAVID P. THIRUSELVAM | THE VICTIMS' RECOVERY LAW CENTER<br>121 S BROAD ST,18TH FL<br>PHILADELPHIA PA 19107 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (215)546-1433 | (215)644-8754 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 61815 | david@victimrecoverylaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| DAVID THIRUSELVAM | Tuesday, August 29, 2023, 09:07 am |

Case ID: 230802980

FINAL COPY (Approved by the Prothonotary Clerk)



**VICTIMS RECOVERY LAW CENTER**
BY:   David P. Thiruselvam, Esquire
      Keith Thomas West, Esquire
Identification Nos.: 61815/317426
121 South Broad Street
Eighteenth Floor
Philadelphia, PA  19107
(215) 546-1433 - Telephone
(215) 644-8754 - Facsimile
david@victimrecoverylaw.com
keith@victimrecoverylaw.com                     Attorneys for Plaintiffs

| | | |
|---|---|---|
| HECTOR GARCIA and ROSEANN MORRISON | : | COURT OF COMMON PLEAS |
| Individually and as Co-Administrators of the | : | PHILADELPHIA COUNTY, PA |
| Estate of SAHMYA GARCIA, Deceased | : | MAJOR JURY TRIAL DEMANDED |
| 1719 Kossuth Street | : | AUGUST TERM, 2023 |
| Camden, NJ 08104 | : | NO. |
| and | : | |
| 206 W. Buck Street | : | |
| Paulsboro, NJ 08606 | : | |
| v. | : | |
| POLYMER80, INC. | : | |
| 134 Lakes Blvd. | : | |
| Dayton, NV 89403 | : | |
| and | : | |
| MARCUS BURNEY (PP No.: 816759) | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Road | : | |
| Philadelphia, PA 19136 | : | |

### PRAECIPE TO ISSUE WRIT OF SUMMONS

**TO THE PROTHONOTARY:**

Kindly issue a Writ of Summons against the defendants in the above matter.

                              **VICTIMS RECOVERY LAW CENTER**

                              *David P. Thiruselvam*
                              _____
Date: 08/29/2023              **DAVID P. THIRUSELVAM, ESQUIRE**
                              **Attorney for Plaintiffs**

Case ID: 230802980

Summons
Citacion

# Commonwealth of Pennsylvania
COUNTY OF PHILADELPHIA

HECTOR GARCIA and ROSEANN MORRISON
Individually and as Co-Administrators of the
Estate of SAHMYA GARCIA, Deceased

*Plaintiff*

vs.

POLYMER80, INC.
 and
MARCUS BURNEY PP# 816759

*Defendant*

AUGUST Term, 20 23

No. _____

*Filed and Attested by the
Office of Judicial Records
29 AUG 2023 09:07 am
C. SMITH*

To[1]

POLYMER80, INC.
and
MARCUS BURNEY PP# 816759

## Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

HECTOR GARCIA and ROSEANN MORRISON
Individually and as Co-Administrators of the
Estate of SAHMYA GARCIA, Deceased

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____



230802980
29 AUG 2023 09:07 am
C. SMITH

10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 230802980

# Court of Common Pleas

AUGUST Term, 20 23

No. _____

HECTOR GARCIA and ROSEANN MORRISON Individually and as Co-Administrators of the Estate of SAHMYA GARCIA, Deceased

*Plaintiff*

vs.

POLYMER80, INC.,
and MARCUS BURNEY PP# 816759

*Defendant*

# SUMMONS

Case ID: 230802980


UNITED STATES POSTAL SERVICE

September 12, 2023

Dear David Thiruselvam:

The following is in response to your request for proof of delivery on your item with the tracking number: **9410 8036 9930 0163 0321 17**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | September 11, 2023, 12:17 pm |
| Location: | DAYTON, NV 89403 |
| Postal Product: | Priority Mail® |
| Extra Services: | Signature Confirmation™ |
| | Up to $100 insurance included |
| Recipient Name: | POLYMER80 INC |
| Actual Recipient Name: | M WELCH |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

| Shipment Details | |
|---|---|
| Weight: | 1lb, 1.0oz |

**Recipient Signature**

Signature of Recipient: *MWelch In Person*

Address of Recipient: *134 Lakes*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

Case ID: 230802980

IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
TRIAL DIVISION - CIVIL

HECTOR GARCIA and ROSEANN MORRISON
Individually and as Co-Administrators
of the Estate of SAHMYA GARCIA, Deceased

Plaintiff

v.

POLYMER80, INC.
and MARCUS BURNEY PP# 816759

Defendant

August TERM, 2023

NO. 230802980

Filed and Attested by the
Office of Judicial Records
29 AUG 2023 04:05 pm
B. MERCEDES

### RETURN OF SERVICE/AFFIDAVIT

I, ALEX ZYKOV, hereby certify that I served a true and correct copy of the Complaint / Notice of Appeal / Rule on Marcus Burney, (Insert Name of Party)

1) By handing a copy to the Defendant / Appellee, _____,

   on the ___ day of _____, 20____, at _____ AM/PM, at

   _____, Philadelphia, PA.

2) By handing a copy to LT L. HILL, an adult member of the family/adult person in charge of Defendant's / Appellee's residence,

   on the 29 day of August, 2023, at 3:28 AM/PM at

   7901 State rd, Philadelphia, PA.

I verify that the statements in this Return of Service are true and correct. I further verify that I am an adult over the age of 18 and not related to any party in this action.
I understand that this unsworn document contains statements that are made subject to the penalties of 18 P.C.S. §4904 relating to unsworn falsification to authorities.

Sworn to and Affirmed
This 29 day August 2023

Veronica A. Maiorano

Notary Public
(SEAL)

Commonwealth of Pennsylvania - Notary Seal
Veronica A. Maiorano, Notary Public
Philadelphia County
My Commission Expires June 17, 2027
Commission Number 1100518

_____ (Sign)

ALEX ZYKOV _____ (Print Name)

Return of Service – rev. 4-27-15

Case ID: 230802980