**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **George Wylesol**<br>**Clerk of Court** | **United States Courthouse**<br>**Independence Mall West**<br>**Philadelphia, PA 19106-1775** |

Counsel:

A Notice of Removal has been filed in this case. Pursuant to Local Rule 53.2.3.C.1, the damages are presumed to be less than $150,000.00, exclusive of interest and cost, unless counsel executes and files with the court a certification that the damages sought exceed $150,000.00. If the certification is not filed within fourteen (14) days of the docketing of this case, the case shall proceed to arbitration.

Sincerely,

GEORGE WYLESOL
Clerk of Court