# CERTIFICATION

v                          CIVIL ACTION NO:

I, _____, counsel for _____, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief; the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

☐ Relief other than monetary damages is sought.

DATE: _____

SIGNATURE: _____

ARBCERT3 (03/2019)