IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HECTOR GARCIA, and ROSEANN MORRISON, Individually and as Co-Administrators of the Estate of Sahmya Garcia, Deceased**<br><br>Plaintiffs,<br><br>v.<br><br>**POLYMER 80, INC., and MARCUS BURNEY, PP# 816759**<br><br>Defendants. | **CIV. NO. 2:23-cv-03935-MSG** |

### ENTRY OF APPEARANCE OF JONATHAN S. GOLDSTEIN

Kindly enter the appearance of Jonathan S. Goldstein on behalf of Defendant Polymer80, Inc. ("Polymer80").

    Respectfully submitted

    */s Jonathan S. Goldstein*
    Jonathan S. Goldstein (I.D. No. 201627)
    GOLDSTEIN LAW PARTNERS, LLC
    11 Church Road
    Hatfield, PA 19440
    (tel)  610.949.0444
    (fax) 215.257.1910
    jgoldstein@goldsteinlp.com

    *Counsel for Defendant*
    *Polymer80, Inc.*

Dated: October 30, 2023

## **CERTIFICATE OF SERVICE**

I, Jonathan S. Goldstein, Esq., hereby certify that on the 30th day of October, 2023, the foregoing Entry of Appearance was filed electronically and is available for viewing and downloading from the CM/ECF system of the United States District Court for the Eastern District of Pennsylvania.  I hereby certify that I caused a true and correct copy of the foregoing Entry of Appearance to be served, by electronic filing to the following individuals.

<u>VIA ECF and E-MAIL</u>

Keith West, Esq.
Victims' Recovery Law Center
The North American Building
121 South Broad Street, 18th Floor
Philadelphia, PA 19107
Tel: 215-546-1433
keith@victimrecoverylaw.com

*Attorneys for Plaintiffs, Hector Garcia and Roseann Morrison, Individually and as Co-Administrators of the Estate of Sahmya Garcia, Deceased*

/s/ *Jonathan S. Goldstein*
Jonathan S. Goldstein (I.D. 201627)

*Attorneys for Defendant Polymer80, Inc.*